IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON L. BROWN,<br><br>      *Plaintiff,*<br><br>v.<br><br>PORT AUTHORITY TRANSIT CORPORATION,<br><br>      *Defendant.* | CIVIL ACTION<br>NO. 25-3008 |

## ORDER

**AND NOW**, this 11th day of September 2025, upon consideration of defendant Port Authority Transit Corporation's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6), (Dkt. No. 12), it is **ORDERED** that the Motion is **GRANTED**.

1. Plaintiff's retaliation and hostile work environment claims under Title VII of the Civil Rights Act of 1964 are **DISMISSED without prejudice**.

2. Plaintiff may amend his Complaint, consistent with the accompanying Memorandum, on or before October 11, 2025.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.