### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON L. BROWN,<br><br>     *Plaintiff,*<br><br>    v.<br><br>PORT AUTHORITY TRANSIT<br><br>CORPORATION,<br><br>    *Defendant.* | CIVIL ACTION<br>NO. 25-3008 |

## ORDER

**AND NOW**, this 12th day of December, 2025, upon consideration of Jason Brown's Amended Complaint (Dkt. No. 17), PATCO's Motion to Dismiss (Dkt. No. 20) and Brown's Response (Dkt. No. 21), it is **ORDERED** that the Motion is **GRANTED**. The Amended Complaint is dismissed with prejudice and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.